IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

            Plaintiff,                         ORDER

v.

                                       03-cr-76-wmc-01

LEONARD KOLSCHOWSKY,

            Defendant.
_____

As reflected in the plea agreement in this matter, the defendant agreed to pay restitution for all losses relating to the offense of conviction and all losses covered by the same course of conduct or common scheme or plan as the offense of conviction. He also agreed to pay an additional $42,644.11 in restitution in an unrelated Nevada case (Las Vegas Justice Court Case No. 99FO8191X).

At the time of the plea hearing, the parties agreed that the appropriate loss and restitution figure based upon relevant conduct in this case was $944,829.13. During the course of the presentence investigation, the probation office determined the amount of restitution agreed upon by the parties in the plea agreement was no longer verifiable. Specifically, the probation office reviewed information obtained from the victims of the offense, as well as the unrelated Nevada case, and determined that the total restitution owed was $229,700.36.

At the time of sentencing on June 7, 2011, the parties were unable to agree on a revised restitution amount as to Thomas Mulligan, as well as reported a misunderstanding as to the agreement to dismiss the unrelated Nevada case. Accordingly, a restitution hearing was set for July 15, 2011.

Both the government and defense counsel have since confirmed that they are in agreement on the following total amount of restitution owed and the division among the victims:

| Victim Name | Loss Amount |
|---|---|
| **Citizens Bank** <br> Attn: Fraud Investigations - 002080 <br> Re: File Number 11-0055 <br> 328 S. Saginaw Street <br> Flint, MI 48502 | $ 91,082.00 |
| **GE Commercial Distribution Finance Corporation** Attn: Judy Sheetz <br> Reference: Boat Depot <br> 5595 Trillium Blvd. <br> Hoffman Estates, IL 60192 | $41,149.25 |
| **Thomas Mulligan** <br> 902 River Street <br> P.O. Box 457 <br> Spooner, WI 54801 | $54,825.00 |
| **Clark County, Nevada, Case Number 99F08191X** <br> Regional Justice Center <br> Attn: Clark County DA/Bad Check Unit LL#246 <br> 200 Lewis Avenue <br> Las Vegas, NV 89155 <br> *Note: Please reference Case Number 99F08191X and make check payable to Clark County DA | $ 42,644.11 |
| TOTAL | $229,700.36 |

**ORDER**

Consistent with the above, IT IS ORDERED that the defendant pay a total of $229,700.36 in restitution to the victims of the offense in this case and in the unrelated Las Vegas, Nevada, case, as divided above. This amount is due and payable immediately to the Clerk of Court for the Western District of Wisconsin for disbursement to these victims in the amounts set forth.

The defendant does not have the economic resources to allow for payment of the full amount of restitution at this time. Nominal payments of a minimum of $250 per month are to commence within 60 days of his release from custody pursuant to 18 U.S.C. § 3664(f)(3)(B).

No interest is to accrue on the unpaid portion of the restitution.

Entered this 14th day of July, 2011.

BY THE COURT,

/s/

William M. Conley
U.S. District Judge